NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KYD, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**POLYETHYLENE RETAIL CARRIER BAG COMMITTEE, HILEX POLY CO., LLC,** AND **SUPERBAG CORPORATION,**
*Defendants-Cross Appellants.*

---

2012-1533, -1534

---

Appeals from the United States Court of International Trade in case no. 09-CV-0034, Chief Judge Donald C. Pogue.

---

## ON MOTION

---

## ORDER

Upon consideration of the United States' unopposed motion for a scheduling order,

IT IS ORDERED THAT:

(1) The motion is granted. KYD's opening brief is due September 17, 2012. Polyethylene Retail Carrier Bag Committee's ("PRCBC") opening brief and response to KYD's brief is due November 1, 2012. The United States' response to both parties' briefs shall be due December 17, 2012. KYD's response to PRCBC's brief and reply to the United States' and PRCB's briefs are due January 7, 2013. PRCBC's reply brief to KYD and the United States is due January 28, 2013.

(2) The United States' previously filed motion for a scheduling order is withdrawn.

For The Court

____SEP 1 4 2012____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carrie A. Dunsmore, Esq.
     David Craven, Esq.
     Stephen A. Jones, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK